# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR3770-GPC |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Christopher Mitchell Ross (2), | **FILED** JAN 0 9 2020 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY_____ DEPUTY |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

21:952,960 and 18:2 – Importation of Heroin and Cocaine and Aiding and Abetting

Dated: 1/7/2020

Hon. Gonzalo P. Curiel
United States District Judge